## First District.

**E. F. Drew & Company, Inc., appellant, v. Walter R. Kirk, appellee. Gen. No. 24,593.**

Action to recover damages for nondelivery of goods purchased. Judgment in favor of defendant. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 7, 1919.

Lyman, Adams & Bishop, for appellant; Howard F. Bishop, of counsel. Aaron R. Eppstein and Joseph J. Sullivan, for appellee; Aaron R. Eppstein, of counsel.

**Lillian B. Johnson, appellant, v. Walden W. Shaw Livery Company, appellee. Gen. No. 24,613.**

Action to recover damages for personal injuries while riding in a taxicab. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 7, 1919.

Winston, Strawn & Shaw, for appellant; Edward W. Everett, of counsel. D'Ancona & Pflaum, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

**William Downs, appellant, v. Chicago Master Steamfitters Association et al., appellees. Gen. No. 24,679.**

Action by complainant to enjoin defendant steamfitters association from interfering with plaintiff's business, carrying out its illegal acts, rules, laws and conspiracies, and to dissolve the association. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 7, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Jacob J. Kern, John F. Clare and John A. Brown, for appellant. Charles S. Deneen, John Peter Barnes and Stein, Mayer & Stein, for appellees; Elias Mayer and Sigmund W. David, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.